# EXHIBIT 7

# U.S. PATENT NO. 8,457,672

## DYNAMIC REAL-TIME TIERED CLIENT ACCESS

**INFRINGEMENT BY INTEL'S ACCUSED GATEWAY PRODUCTS, INTEL'S ACCUSED ADAPTER PRODUCTS, AND INTEL'S ACCUSED WI-FI INTEGRATED PROCESSORS**

| Claim: | | Infringement |
|---|---|---|
| 1 | A method of facilitating data exchange, comprising: | Intel processors and wireless adapters utilizing Wi-Fi 6 and/or 6E including, but not limited to, the AX101, AX200, AX201, AX210, AX211, AX411 adapters, and Intel wireless adapters utilizing Wi-Fi 7 including, but not limited to, the BE200 and BE202 adapters (collectively, Intel's Accused Adapter Products), and Intel's 10th to current generation processors with integrated Wi-Fi 6 and above, as well as the Intel® Home Wi-Fi Chipset WAV600 Series, including the WAV654, (Intel's Accused Gateway Products) which are included in Intel-based Wi-Fi 6 routers and gateways, employ a method of facilitating data exchange by virtue of orthogonal frequency division multiple access (OFDMA). |
| | determining a first specified time slot based on synchronization information wirelessly received by the first client device and priority level data associated with a first class; | Intel processors wireless adapters utilizing Wi-Fi 6 and/or 6E including, but not limited to, the AX101, AX200, AX201, AX210, AX211, AX411 adapters, and Intel wireless adapters utilizing Wi-Fi 7 including, but not limited to, the BE200 and BE202 adapters, and Intel's 10th to current generation processors with integrated Wi-Fi 6 and above, as well as the Intel® Home Wi-Fi Chipset WAV600 Series, including the WAV654,which are included in Intel-based Wi-Fi 6 routers and gateways, determine a first specific time slot for the device in which they are installed (e.g., a laptop) by way of orthogonal frequency division multiple access (OFDMA), which divides the available band into sub-carriers and the transmission window into timeslots. *See e.g.* What is Wi-Fi 6, Intel, available at https://www.intel.com/content/www/us/en/gaming/resources/wifi-6.html ("Wi-Fi 6 can be faster due to technologies like … OFDMA…") <br><br> Pictorial representations of OFDMA are shown below: |

1



https://www.intel.com/content/www/us/en/gaming/resources/wifi-6.html



https://www.hitchhikersguidetolearning.com/2023/03/30/resource-units-in-802-11ax/ (citing WiFi 6 for Dummies).

Wi-Fi 6 (and later) compliant client devices, which utilize Intel's Wi-Fi 6 (or later) chips and adapters (i.e., the accused products), each represented by a different color in the second figure, wirelessly broadcast their data to a fixed proximity reader device, i.e., a Wi-Fi 6 access point with an Intel wireless adapter, or Intel-based Wi-Fi 6 routers and gateways, during one of six timeslots and using one of twelve different sub-carriers.

Intel describes that "OFDMA works by subdividing channels into subcarriers and allowing for transmission to multiple endpoints (devices) at the same time." https://www.intel.com/content/www/us/en/gaming/resources/wifi-6.html. "This results in a single transmission from the [access point] being able to communicate with multiple devices, instead of each device having to wait its turn as the [access point] serves up the data across the network."

The figure below shows the procedure by which the devices broadcast and the subcarrier is determined:

3

|   |   |   |
|---|---|---|
|   |   | [Figure: Wi-Fi 6 AP with Trigger #1 (BSRP), Trigger #2 (MU-RTS), Trigger #3 (Trigger), and Multi-STA Block ACK, showing BSR, CTS, UL-PPDU exchanges with STA 1, STA 2, STA 3, STA 4] |
|   |   | See https://cradtech.com/2018/10/25/802-11ax-ofdma-overview/. |
|   |   | As shown, the access point (i.e., device with an Intel Wi-Fi 6 or above chip/adapter in "access point" mode or Intel-based Wi-Fi 6 routers and gateways, utilizing Intel's Accused Gateway Products, first sends out a buffer status report poll (BSRP) to all devices requesting they report back, among other things, the quality of service (QoS) category, i.e. a first class, of the data they need to send.  See e.g. https://wballiance.com/wp-content/uploads/2019/07/Wi-Fi-6-Deployment-Guidelines-and-Scenarios-V1.0.pdf.  This is provided in each device's buffer status report (BSR).  Based on the BSR, devices with Wi-Fi 6 (and later) adapters will be assigned a subcarrier on which they will transmit data and communicate this data using Trigger #3.  Thus, the first time slot of OFDMA uplink transmission of a client device, i.e. using a Wi-Fi 6, or later, adapter like Intel's accused products, is set according to synchronization information wirelessly received by a first client device and priority level data associated with a first class of QoS. |
|   |   | Further, notwithstanding the above figure which show a traditional router, either Intel-based Wi-Fi 6 routers and gateways, or devices utilizing Intel adapters providing Wi-Fi 6 and above with OFDMA functionality themselves may function as an access point and, for example, send out the buffer status report poll. See https://www.intel.com/content/dam/www/central-libraries/us/en/documents/2022-06/wi-fi-tutorial-long.pdf.  Intel's Wi-Fi 6, 6E, and 7 compatible devices are designed to carry out the claimed limitations. |
|   | assigning the first specific | The first timeslot of the transmission window for communication with a Wi-Fi 6 access point (i.e., device with an Intel adapter in "access point" mode or Intel-based Wi-Fi 6 routers and gateways will be assigned |

| | | |
|---|---|---|
| | time slot for a first client device to wirelessly communicate with a fixed proximity-based reader device; | to a first client device, i.e. with an Intel wireless adapter. |
| | reassigning the first specific time slot for a second client device to wirelessly communicate with the fixed proximity-based reader device, the first specific time slot reset based on synchronization information wirelessly received by the second client device and priority level data associated with a second class, | Prior to each transmission of data, the procedure shown in the figure below will be repeated.<br><br>![Wi-Fi 6 AP trigger diagram showing Trigger #1 (BSRP), Trigger #2 (MU-RTS), Trigger #3 (Trigger), and Multi-STA Block ACK, with Wi-Fi 6 clients STA 1, STA 2, STA 3, STA 4 sending BSR, CTS, UL-PPDU]<br><br>During each repetition, the router first sends out a buffer status report poll (BSRP) to all devices requesting they report back, among other things, the quality of service (QoS) category of the data they need to send.  Such is provided in each device's buffer status report (BSR).  After receiving BSR's, the Wi-Fi 6 router will determine when and on which subcarrier each device should transmit their data and then communicate this data using Trigger #3.  Thus, the first time slot of OFDMA uplink transmission will be reassigned each repetition set according to QoS data indicated in the BSR. |

| | wherein the first class is associated with one or more of the first client device and a user of the first client device, and the second class is associated with one or more of the second client device and a user of the second client device. | In OFDMA, the class of QoS data a device must send is associated with both the device and the user. Data to be sent from a device will be associated with the device in that it originates from the device, specifically applications the device is running. The data is also associated with the user in that the user is interacting with the application to create the data that needs to be sent. |